1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SIDONIO CRUZ-SANTOS,                    No.  2:16-cv-0819 CKD P

12                   Petitioner,

13          v.                              ORDER

14  ROBERT W. FOX,

15                   Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18  corpus pursuant to 28 U.S.C. § 2254.

19          The application attacks a conviction issued by the Sonoma County Superior Court.  While

20  both this court and the United States District Court in the district where petitioner was convicted

21  have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all

22  witnesses and evidence necessary for the resolution of petitioner's application are more readily

23  available in Sonoma County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

24  /////

25  /////

26  /////

27  /////

28  /////

                                            1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2   transferred to the United States District Court for the Northern District of California.

3   Dated:  April 28, 2016

4   _____
    CAROLYN K. DELANEY
5   UNITED STATES MAGISTRATE JUDGE

6

7

8   1/md
    cruz0819.108
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2