UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDONIO CRUZ-SANTOS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT W. FOX,<br><br>　　　　Respondent. | Case No. 16-cv-02447-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Denying Habeas Petition; Denying Certificate of Appealability, judgment is entered in favor of Respondent. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 10, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge